UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER COLLINS, | 1:06-cv-01775-LJO-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11) |
| vs. | **ORDER DISMISSING ACTION** |
| D. SMITH, M.D., et al., | |
| Defendants. _____/ | |

Plaintiff, Jasper Collins ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 25, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1     In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.  The Findings and Recommendations, filed July 25, 2007,
8 are ADOPTED IN FULL; and,
9     2.  This action is DISMISSED based on plaintiff's failure
10 to obey the court's order of May 24, 2007.
11 IT IS SO ORDERED.
12 **Dated:   October 31, 2007**     /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE